

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-25-00229-CV

---

RICHARD A. DUNSMORE, APPELLANT

V.

MANAGEMENT AND TRAINING CORPORATION, ET AL., APPELLEE

---

On Appeal from the 154th District Court
Lamb County, Texas
Trial Court No. DCV-20965-24, Honorable Scott A. Say, Presiding

---

March 30, 2026

## MEMORANDUM OPINION

Before PARKER, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Richard A. Dunsmore, appeals from the trial court's *Order of Dismissal*. We dismiss the appeal for want of prosecution.

Appellant's brief was originally due December 29, 2025, but was not filed. By letter of January 7, 2026, we notified Appellant that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by January 20, 2026. On January 21, 2026, Appellant attempted to file a brief electronically. Because the brief was not accompanied by a motion for extension, the Clerk of this Court rejected the filing and

instructed Appellant to refile the brief with a motion for extension within three days. No motion or brief was received.

By letter of February 6, 2026, we again directed Appellant to file a brief with a motion for extension by February 17, 2026, admonishing that failure to do so would result in dismissal for want of prosecution. To date, Appellant has neither complied with this directive nor had any further communication with this Court.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam

2